# THE WEITZ LAW FIRM, P.A.

Bank of America Building<br>
18305 Biscayne Blvd., Suite 214<br>
Aventura, Florida 33160

June 16, 2025

**VIA CM/ECF**
Honorable Judge Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street - Courtroom 15C
New York, NY 10007

> The initial pretrial conference scheduled for June 23, 2025, is adjourned to July 23, 2025, at 2:00 p.m. Parties are reminded to dial into the Court's teleconference line at 646-453-4442 and use Conference ID# 358639322. The parties shall submit a proposed case management plan by one week prior to the conference.
>
> Date: 6/20/25
>
> SO ORDERED.
> /s/ Lewis J. Liman
> LEWIS J. LIMAN
> United States District Judge

Re: **Mitchell v. Kennedy Chicken & Pizza Inc., et al.**
    **Case 1:25-cv-01187-LJL**

Dear Judge Liman:

The undersigned represents the Plaintiff in the above-captioned case matter. The Initial Pretrial Conference in this matter is currently scheduled for June 23, 2025, at 3:00 p.m., in your Honor's Courtroom. However, Defendants have not yet appeared in this matter, though they have been served. In order to allow the parties adequate time to engage in early settlement discussions, while affording additional time for the defendants to appear, a 30-day adjournment of the Conference is hereby respectfully requested to a date most convenient to this Honorable Court.

Thank you for your consideration of this second adjournment request.

Sincerely,

By: /S/  B. Bradley Weitz
    B. Bradley Weitz, Esq. (BW9365)
    THE WEITZ LAW FIRM, P.A.
    Attorney for Plaintiff
    Bank of America Building
    18305 Biscayne Blvd., Suite 214
    Aventura, Florida 33160
    Telephone: (305) 949-7777
    Facsimile:  (305) 704-3877
    Email: bbw@weitzfirm.com