# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

September 4, 2025

*The Plaintiff's request for an adjournment is GRANTED. The Court will not entertain further requests for adjournment. The Initial Pretrial Conference is rescheduled for October 23, 2025 at 12:00 p.m. The parties are instructed to call (646) 453-4442 and dial access code 358639322.*

*Date: 9/4/2025*

SO ORDERED.

/s/ Lewis J. Liman
LEWIS J. LIMAN
United States District Judge

**VIA CM/ECF**
Honorable Judge Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street - Courtroom 12C
New York, NY 10007

Re: Mitchell v. Kennedy Chicken & Pizza Inc., et al.
Case 1:25-cv-01187-LJL

Dear Judge Liman:

The undersigned represents the Plaintiff in the above-captioned case matter. The Initial Pretrial Conference in this matter is currently scheduled for September 8, 2025 at 12:00 p.m., in your Honor's Courtroom. However, Defendants have not yet appeared in this matter, though they have been served through the Department of State, Division of Corporations.

In the previous letter, Plaintiff explained that they had also served via an independent process server. Both Defendants were sent for service of process. Yet, Defendant Mizmor 91 LLC was deemed having an invalid address. A new address was located which has been sent to the process server in order to serve the Summons and Complaint upon them.

In order to allow the parties adequate time to appear and engage in early settlement discussions, while affording additional time for Defendant Mizmor 91 LLC to be served and appear, a 45-day adjournment of the Conference is hereby respectfully requested to a date most convenient to this Honorable Court.

Thank you for your consideration of this fourth adjournment request.

Sincerely,

By: /S/   B. Bradley Weitz
B. Bradley Weitz, Esq. (BW9365)
THE WEITZ LAW FIRM, P.A.
Attorney for Plaintiff
Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160
Telephone: (305) 949-7777
Facsimile:  (305) 704-3877
Email: bbw@weitzfirm.com