# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

October 22, 2025

> The request to adjourn the Initial Pretrial Conference is GRANTED.  The conference is rescheduled for December 8, 2025 at 2:00 p.m.  The parties are instructed to dial 646-453-4442 and dial access code 358639322.
>
> Date: October 22, 2025
>
> SO ORDERED.
> /s/ Lewis J. Liman
> LEWIS J. LIMAN
> United States District Judge

**VIA CM/ECF**
Honorable Judge Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street - Courtroom 12C
New York, NY 10007

      Re:    Mitchell v. Kennedy Chicken & Pizza Inc., et al.
              Case 1:25-cv-01187-LJL

Dear Judge Liman:

      The undersigned represents the Plaintiff in the above-captioned case matter. The Initial Pretrial Conference in this matter is currently scheduled for October 23, 2025 at 12:00 p.m., in your Honor's Courtroom. However, Defendants have not yet appeared in this matter, though they have been served through the Department of State, Division of Corporations.

      This matter was confused with another matter similarly named that was recently adjourned [D.E. 22], *Velasquez v. Kennedy Fried Chicken And Pizza, Inc.,* Case 1:25-cv-01655-GHW. Therefore, the instant case was not adjourned due to the name and case confusion, and the undersigned failed to notify the Court of an adjournment necessary in the instant case.

      Also, Defendant Mizmor 91 LLC was served at a new address , yet, the address was deemed incomplete.   We are investigating to re-serve at the Defendant.

      In order to allow the parties adequate time to appear and engage in early settlement discussions, while affording additional time for Defendants to appear and Mizmor 91 LLC to be served, a 45-day adjournment of the Conference is hereby respectfully requested to a date most convenient to this Honorable Court.

      Thank you for your consideration of this fifth adjournment request.

                              Sincerely,

                              By: /S/   B. Bradley Weitz
                                  B. Bradley Weitz, Esq. (BW9365)
                                  THE WEITZ LAW FIRM, P.A.
                                  Attorney for Plaintiff
                                  Bank of America Building
                                  18305 Biscayne Blvd., Suite 214
                                  Aventura, Florida 33160

Telephone: (305) 949-7777
Facsimile:  (305) 704-3877
Email: bbw@weitzfirm.com