# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

January 16, 2026

<u>**VIA CM/ECF**</u>
Honorable Judge Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street - Courtroom 12C
New York, NY 10007

   **Re:** **Mitchell v. Kennedy Chicken & Pizza Inc., et al.**
     **Case 1:25-cv-01187-LJL**

Dear Judge Liman:

  The undersigned represents the Plaintiff in the above-captioned case matter. The Initial Pretrial Conference in this matter is currently scheduled for January 22, 2025 at 11:00 a.m., in your Honor's Courtroom. However, Defendants have not yet appeared in this matter, though they have been served.

  The Defendants have not yet appeared in this matter. Also, as previously mentioned, Defendant Mizmor 91 LLC new address for service was not valid. At this time we are investigating owner or principal's name to be able to serve the principal.

  Due to above-stated reasons, Plaintiff respectfully requests an adjournment of this Conference to 45-days after the date of the Conference, or any another date most convenient to the Court.

  The undersigned counsel has undertaken additional efforts to search for principal/owners for both to search for principal/owners for both Defendant corporations in order to serve them directly.

  Thank you for your consideration of this seventh adjournment request.

        Sincerely,

        By: /S/   B. Bradley Weitz
         B. Bradley Weitz, Esq. (BW9365)
         THE WEITZ LAW FIRM, P.A.
         Attorney for Plaintiff
         Bank of America Building
         18305 Biscayne Blvd., Suite 214
         Aventura, Florida 33160
         Telephone: (305) 949-7777
         Facsimile:  (305) 704-3877
         Email: bbw@weitzfirm.com

The request for an adjournment of the conference is GRANTED and the conference is adjourned *sine die*. This case was filed nearly a year ago, on February 10, 2025. Dkt. No. 1. On September 4, 2025, the Court issued an order that it would entertain no further requests for an adjournment. Dkt. No. 19. Plaintiff shall show cause with evidence by January 26, 2026, why the Court should not dismiss the case without prejudice for failure to prosecute. Failure to timely comply with this Order may itself result in dismissal.
Date: January 21, 2026

SO ORDERED.

LEWIS J. LIMAN
United States District Judge