UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                            :

ADHIAMBO A. MITCHELL,               :

                                         :

            Plaintiff,            :

                                         :        25-cv-1187 (LJL)

     -v-                            :

                                         :         ORDER

KENNEDY CHICKEN & PIZZA ET AL.,    :

                                         :

           Defendants.        :

                                         :
-----------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

By no later than March 20, 2026, if Defendants have been served and have not appeared, Plaintiff shall request a clerk's certificate of default. The Court will hold a telephonic conference in this matter on March 27, 2026 at 12:00 p.m. The parties are instructed to dial (646) 453-4442 and input conference ID 358639322. Failure to request a clerk's certificate of default may result in dismissal of this action for failure to prosecute.

      SO ORDERED.

Dated: January 29, 2026
      New York, New York         _____
                                     LEWIS J. LIMAN
                           United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/29/2026