UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
ADHIAMBO A. MITCHELL,

Plaintiff,

-against-

MIZMOR 91 LLC., a New York corporation, d/b/a KENNEDY CHICKEN AND PIZZA, and MIZMOR 91 LLC, a New York limited liability company,

Defendants
-----------------------------------------------------x

Case. No. 1:25-cv-01187-LJL

**DEFAULT JUDGEMENT**

This action having been commenced on February 10, 2025 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on the defendant, MIZMOR 91 LLC., on May 28, 2025, by personal service on Consuelo Aguilera as agent of the Secretary of State of New York, and a proof of service having been filed on June 19, 2025, [D.E. 12], and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is

ORDERED, ADJUDGED AND DECREED: Plaintiff, ADHIAMBO A. MITCHELL has judgment against Defendant, MIZMOR 91 LLC., requiring Defendant, MIZMOR 91 LLC., located at 2242 2nd Avenue, New York, New York (the "Premises") to correct the following architectural barriers within thirty (30) days as follows, or for the Premises to no longer be permitted to be operating and open to the public:

(i) Failure to provide an accessible entrance to the Subject Facility, due to multiple steps at said entrance, without an ADA-compliant ramp and/or an ADA-complaint wheelchair lift, in violation of 28 C.F.R. Part 36, Section 4.14.

(ii) Failure to provide a safe and accessible means of egress from the Subject Facility, in violation of 28 C.F.R. Part 36, Section 4.3.10.

(iii) The sales counter is inaccessible, in violation of 28 C.F.R. Part 36, Section 7.2(1), which requires that a portion of the main counter which is a minimum of 36 inches (915 mm) in length shall be provided with a maximum height of 36 inches (915 mm) above the finished floor.

(iv) The condiments, including spices, located on top of high counter, are at an inaccessible height and reach range, in violation of 28 C.F.R. Part 36.

(v) The ATM machine is not ADA-compliant, in violation of 28 C.F.R. Part 36, Section 4.32.

(vi) Failure to provide adequate directional and accurate informational signage throughout the Subject Facility, as required by 28 C.F.R. Part 36, Section 4.1.3(16).

(vii) Failure to provide signage in the Subject Facility addressing people with disabilities telling them that accessible services are provided, as required by 28 C.F.R. Part 36, Section 4.30.4.

ORDERED, ADJUDGED AND DECREED: Plaintiff, ADHIAMBO A. MITCHELL, has judgment against Defendant, MIZMOR 91 LLC., requiring Defendant, MIZMOR 91 LLC., to compensate the Plaintiff one thousand five hundred dollars ($1,500.00) in compensatory damages based on Defendant, MIZMOR 91 LLC.'s violation of the New York City Human Rights Law and the New York State Human Rights Law, payable jointly and severally with KENNEDY CHICKEN & PIZZA INC.

ORDERED, ADJUDGED AND DECREED: Plaintiff, ADHIAMBO A. MITCHELL, has judgment for an award of reasonable attorneys' fees, expert fees, and costs as it relates to this matter

as to Defendant, MIZMOR 91 LLC. This Court retains jurisdiction relating the Plaintiff's attorney's fees and costs for a period of ninety (90) days from entry of this default judgment.

Dated: September 15, 2026
New York, New York

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

Plaintiff is awarded default judgment against Mizmor 91 LLC, which is deemed to be jointly and severally liable with Kennedy Pizza & Chicken Inc. for the amount of $1,500. This judgment constitutes final judgment of all claims against all parties in this action. The Clerk of Court is respectfully directed to close Dkt. Nos. 45, 48 and to close this case.